FEDERAL TRADE COMMISSION *v*. CRAFTS.

No. 229. Decided October 14, 1957.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for petitioner.

*Christopher M. Jenks* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the United States Court of Appeals for the Ninth Circuit is reversed. *Endicott Johnson Corp.* v. *Perkins,* 317 U. S. 501; *Oklahoma Press Publishing Co.* v. *Walling,* 327 U. S. 186.